

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00226-CV

In Re Diana Polanco Garza

On Appeal from the
197th District Court of Cameron County, Texas
Trial Cause No. 2017-DCL-6184

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed and rendered in part. The Court orders the judgment of the trial court REVERSED as to the order of expunction concerning Garza's 1994 arrest and RENDERS judgment denying Garza's petition for expunction as it relates to the 1994 arrest. The Court orders the remainder of the judgment AFFIRMED. Costs of the appeal are adjudged 50% against appellant, Texas Department of Family and Protective Services, although the agency is exempt from payment, and 50% against appellee, Diana Polanco Garza.

We further order this decision certified below for observance.

May 16, 2019